IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS HIGTHOWER, | ) No. 2:08-cv-00228-SPK |
| Plaintiff, | ) |
| v. | ) |
| W. PATTON, ET AL., | ) |
| Defendants. | ) |
| _____ | ) |

ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT

On July 2, 2009, this Court denied Plaintiff's application to proceed in forma pauperis (IFP), but did so without prejudice. Plaintiff has subsequently been granted IFP status. The July 2, 2009 order also dismissed Plaintiff's complaint in part. The order indicated that claims could proceed as against Defendant W. Patton, but that the complaint failed to state a claim as against other named Defendants. The order indicated that Plaintiff could still attempt to file an amended complaint as against the dismissed Defendants.

In response, Plaintiff filed a statement dated August 22, 2009 (which was filed on September 8, 2009 and on September 16, 2009). In that statement,

1

1  Plaintiff indicates among other things that he intends to file an amended complaint
2  as to the other Defendants.  However, he indicates that he needs the proper form to
3  submit an amended complaint.  Accordingly, a blank prisoner civil rights
4  complaint form will be mailed to Plaintiff.  Plaintiff will have 30 days within
5  which to file his amended complaint on the form.

6  Plaintiff, however, may not change the nature of the suit by adding new,
7  unrelated claims in a new amended complaint.  Further, Plaintiff is notified that
8  any amended complaint supercedes the prior complaint and must be complete in
9  itself without reference to prior or superceded pleadings.  "All causes of action
10 alleged in an original [or prior] complaint which are not alleged in an amended
11 complaint are waived."  *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987) (citation
12 omitted).

13 The Clerk is requested to mail Plaintiff a blank prisoner civil rights
14 complaint form at his current place of incarceration.  Plaintiff is granted 30 days
15 leave to file an amended complaint.  If an amended complaint is not filed within 30
16 days, the action will remain with Defendant Patton only.  If an amended complaint
17 is filed against other Defendants, the Court will proceed to screen the amended
18 complaint as required by 28 U.S.C. § 1915A(a).

19 IT IS SO ORDERED.
20 DATED: September 22, 2009.



_____
Samuel P. King
Senior United States District Judge

2