IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS HIGTHOWER, | ) No. 2:08-cv-00228-SPK |
| Plaintiff, | ) |
| v. | ) |
| W. PATTON, | ) |
| Defendant. | ) |

ORDER DENYING MOTION FOR LEGAL ADVICE

On March 30, 2010, Plaintiff filed a motion with the Clerk of Court [Doc. 35] that asks for legal advice as to state or federal court matters. He asks "wheather [sic] or not the federal courts can assist this case to extent to the State Court's attention? I have researched that it happens, it can happen. But I have yet to discover how exactly that is done. How exactly do I bring this case to both Federal and State justice?" [Doc. 35, at 2].

This Court cannot advise Plaintiff how to proceed in this civil proceeding. Aside from certain procedural rules (*e.g.*, *Klingele v. Eikenberry*, 849 F.2d 409 (9th Cir. 1988)), the Court's role in managing the litigation cannot include giving legal

1

advice to any party.  *See, e.g.*, *Jacobsen v. Filler*, 790 F.2d 1362, 1365 (9th Cir. 1986) ("To give . . . advice would entail the district court's becoming a player in the adversary process rather than remaining its referee").  Therefore, the Motion seeking legal advice [Doc. 35] is DENIED.

    IT IS SO ORDERED:

    DATED:  April 1, 2010.



    Samuel P. King
Senior United States District Judge

2