IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS HIGHTOWER,

      Plaintiff,                    No. CIV S-08-0228 EFB P

      vs.

W. PATTON,

      Defendant.                <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On December 9, 2010, defendant Patton was personally served. *See* Dckt. No. 45.

      Federal Rule of Civil Procedure 55 states:

> When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.

A defendant must serve a responsive pleading within 21 days of being served with the summons and complaint. Fed. R. Civ. P. 12(a). Although defendant was served months ago, he has not filed a responsive pleading to the complaint.

////

////

1

1    Accordingly, it is hereby ORDERED that:

2    1. Within 21 days of the date of this order, defendant shall show cause why default

3 should not be entered against him; and

4    2. The Clerk is directed to serve a copy of this order on Monica Anderson, Supervising

5 Deputy Attorney General.

6 Dated: March 8, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE