IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS HIGHTOWER,

          Plaintiff,               No. CIV S-08-0228 EFB P

    vs.

W. PATTON,

          Defendant.         <u>ORDER</u>

_____/

      Defendant's motion to set aside default is set for hearing on May 18, 2011 at 10:00 a.m. in Courtroom No. 24 before the undersigned. Plaintiff is ordered to appear at the hearing by videoconference. The court will issue a separate order to his custodian.

      So ordered.

Dated:  May 4, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE