IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS HIGHTOWER,

      Plaintiff,                         No. CIV S-08-0228 EFB P

    vs.

W. PATTON,

                                           ORDER & WRIT OF HABEAS CORPUS AD
      Defendant.                        TESTIFICANDUM
_____/

      Curtis Hightower, inmate # 77-38522, a necessary and material witness in a hearing in this case, is confined in Bob Wiley Detention Facility, 36714 Road 112, Visalia, CA, 93291, in the custody of the Sheriff of Tulare County. In order to secure this inmate's attendance a Writ of Habeas Corpus ad Testificandum must issue commanding the custodian to produce the inmate before Magistrate Judge Edmund F. Brennan. Therefore, the inmate shall appear by videoconference from his institution at the U. S. District Court, Courtroom No. 24, 501 I Street, Sacramento, California 95814, on Wednesday, May 18, at 10 a.m.

      Accordingly, it is hereby ORDERED that:

      1. A Writ of Habeas Corpus ad Testificandum shall issue, under the seal of this court, commanding the Sheriff to produce the inmate named above to participate by videoconference at the time and place above, until completion of the hearing or as ordered by the undersigned; and

1

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Sheriff, Bob Wiley Detention Facility, 36714 Road 112, Visalia, CA, 93291:**

We ORDER you to produce the inmate named above to testify before the undersigned by videoconference at the time and place above, until completion of the hearing or as otherwise ordered by the court.

Further, we ORDER you to notify the court of any change in custody of the inmate and to provide the new custodian with a copy of this writ.

Dated: May 4, 2011.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE