1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CURTIS HIGHTOWER,

11          Plaintiff,                        No. CIV S-08-0228 MCE EFB P

12      vs.

13   W. PATTON,

14          Defendant.                        ORDER

15   _____/

16        The court's August 9, 2011 discovery and scheduling order is corrected as follows: all

17   requests for discovery pursuant to Fed. R. Civ. P. 31, 33, 34, or 36 shall be served not later than

18   September 29, 2011.  All other dates in the August 9, 2011 order shall remain in effect.

19        It is so ordered.

20   DATED:  August 22, 2011.

21                                    EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26