# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA


CURTIS HIGHTOWER,

          Plaintiff,                   No. 2:08-cv-0228 MCE EFB P

     vs.

HIGH DESERT STATE PRISON, et al.,

          Defendants.          **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

_____/

      Curtis Hightower, CDCR # V-25998, a necessary and material witness in a settlement conference in this case on June 11, 2013, is confined in High Desert State Prison (HDSP), 475-750 Rice Canyon Road, Susanville, California 96127, in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Kendall J. Newman at the U. S. District Court, 501 I Street, Sacramento, California 95814, in Courtroom #25, on Tuesday, June 11, 2013 at 9:00 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Kendall J. Newman; and

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.


### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, HDSP, P. O. Box 750, Susanville, California 96127:**

      **WE COMMAND** you to produce the inmate named above to testify before Judge Newman at the time and place above, until completion of the settlement conference or as ordered by Judge Newman.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  May 20, 2013.

_Edmund F. Brennan_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE