IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS HIGHTOWER,

    Plaintiff,               No. 2:08-cv-228-MCE-EFB P

    vs.

HIGH DESERT STATE PRISON, et al.,

    Defendants.        <u>ORDER</u>

                             /

      Curtis Hightower, plaintiff, is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Plaintiff asks for an extension of time regarding pretrial proceedings. ECF Nos. 131, 132, 135. Additionally, defendants ask the court to defer setting the trial date. ECF No. 143. As no deadlines are currently set, plaintiff's motions for more time are denied as unnecessary. Further, based on defense counsel's representations that both parties will seek leave to file amended pretrial statements disclosing additional witnesses and need additional time to confer regarding unidentified "pretrial matters" and possible settlement, the court will defer the issuance of a pretrial order and the setting of the trial date until Monday, September 23, 2013.

/////

/////

1

Accordingly, it is hereby ORDERED that:

1. Plaintiff's motions for extension of time (ECF Nos. 131, 132, and 135) are denied as unnecessary;

2. Defendant's motion to stay entry of the pretrial order (ECF No. 143) is granted, and the court will defer issuance of the pretrial order until Monday, September 23, 2013; and

3. Plaintiff's motions to summon witnesses and documents (ECF No. 125) and for issuance of a writ of habeas corpus ad testificandum (ECF No. 128) are denied without prejudice to their renewal on or after September 23, 2013. Plaintiff may renew these motions simply by informing the court of his wish to do so.

Dated: August 21, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE