UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

CURTIS HIGHTOWER,

    Plaintiff,

v.

W. PATTON,

    Defendant.

No. 2:08-cv-0228-MCE-EFB P

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Guillermo Nunez, CDCR #H45065, a necessary and material witness in a trial in this case on May 26, 2015, is confined in California State Prison, Corcoran, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Judge Morrison E. England at the U.S. District Court, Courtroom No. 7, 14th Floor, 501 I Street, Sacramento, California 95814, on Tuesday, May 26, 2015 at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a trial at the time and place above, until completion of the trial or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk.

4. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the California State Prison, Corcoran, litigation coordinator via facsimile.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, California State Prison, Corcoran, 4001 King Avenue, Corcoran, CA, 93212:**

**WE COMMAND** you to produce the inmate named above to testify before Judge England at the time and place above, until completion of the proceedings or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: May 13, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE